Henry M. Chance and Others, Suing on Behalf of Themselves and All Other Stockholders of R. Hoe & Co., Inc., Respondents, v. Guaranty Trust Company of New York and Others, Defendants, and Boudinot Atterbury, Appellant.—

Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.